IN THE COMMONWEALTH COURT OF PENNSYLVANIA

City of Philadelphia            :

                             :

         v.               :  No. 1783 C.D. 2017

                             :

Richard J. Silverberg       :

& Associates, P.C.         :

and Richard J. Silverberg,  :

          Appellants   :

## **O R D E R**

NOW, June 3, 2019, having considered appellants' application for reargument and appellee's answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge